# Exhibit 4

Our Partners |       856-314-5122



# Tavern on the Green



## Mbb is proud to announce a partnership with Tavern on the Green to expand nationally and internationally

Tavern on the Green is an iconic, landmark restaurant unlike any other.

Centered around a hearty, rustic menu shaped by local, seasonal ingredients, Tavern on the Green invites patrons into a warm, celebratory gathering space that captures the spirit of Central Park and the energy of New York City.

*Not affiliated with Tavern on the Green in Central Park in New York City.



## MBB Management

**Address:** 45 E Broad St #45, Paulsboro, NJ 08066

**Hours:** Mon – Fri (9am – 5pm)

**Contact Mark Ludes:** 856-382-1100

**Email:** mludes@mbbmanagement.com

http://www.mbbmanagement.com/

## How Can We Help You?

MBB has the tools and experience to set your business up for success.

## Contact us to set up an introductory meeting.

### Twitter Feed

RT @PhillyPolice: **WANTED FOR MULTIPLE ARMED RAPES AND ROBBERIES** Robert Johnson 51/B/M.

### Facebook Feed