UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CITY OF NEW YORK,

Plaintiff,

-v-

TAVERN ON THE GREEN
INTERNATIONAL LLC,

Defendant.

No. 17-cv-1376 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a proposed final judgment and permanent injunction from Plaintiff (Doc. No. 91); a memorandum of law in support of that proposal (Doc. No. 92); Defendant's memorandum of law in opposition to that proposal (Doc. No. 93); and Plaintiff's reply (Doc. No. 96). In light of these submissions, IT IS HEREBY ORDERED THAT the parties shall appear for a conference on February 5, 2020 at 3:30 p.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:      January 26, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation